Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−14833−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth E. Janas
   330 Hazel Ave
   Delanco, NJ 08075

Social Security No.:
   xxx−xx−9075

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/9/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 11, 2023
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-14833-MBK

Kenneth E. Janas  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2

Date Rcvd: Aug 11, 2023      Form ID: 148      Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth E. Janas, 330 Hazel Ave, Delanco, NJ 08075-4652 |
| cr | + | Reverse Mortgage Funding LLC c/o Celink, 101 West Louis Henna Blvd, Suite 450, Austin, TX 78728-1357 |
| 519936442 | + | New Jersey American Water Company, PO Box 371331, Pittsburgh PA 15250-7331 |
| 519936443 | + | Primary Office, 412 S Whitehorse Pike, Audubon NJ 08106-1311 |
| 519936445 | + | Reverse Mortgage Funding, co KML Law Group, 701 Market Street 5000, Philadelphia PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 11 2023 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 11 2023 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519936441 | | Email/Text: mail@jjenkinslawgroup.com | Aug 11 2023 20:46:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 519990016 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 11 2023 20:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519954174 | + | Email/Text: csc.bankruptcy@amwater.com | Aug 11 2023 20:47:00 | New Jersey American Water, POB 578, Alton, IL 62002-0578 |
| 519936444 | | ^ MEBN | Aug 11 2023 20:43:01 | PSEG, PO Box 14444, New Brunswick NJ 08906-4444 |
| 519953748 | + | Email/Text: Bankruptcy@ReverseDepartment.com | Aug 11 2023 20:46:00 | REVERSE MORTGAGE FUNDING LLC C/O CELINK, 3900 CAPITAL CITY BLVD, LANSING, MI 48906-2147 |
| 519936446 | + | EDI: WFFC.COM | Aug 12 2023 00:33:00 | Wells Fargo Auto, PO Box 1416, Charlotte NC 28201-1416 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 11, 2023 | Form ID: 148 | Total Noticed: 13 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2023         Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Dennis P Uhlmann, Jr | on behalf of Creditor Reverse Mortgage Funding LLC c/o Celink bky@martonelaw.com Bky@martonelaw.com |
| Jeffrey E. Jenkins | on behalf of Debtor Kenneth E. Janas mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4